IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03170-WJM-CBS

MAXINE WINSTON,

    Plaintiff,

v.

SANDRA BROWN,
individually and as personal representative of the Estate of Rousie B. Brown, Jr.;
U.S. DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE;
WAKEFIELD & ASSOCIATES, INC.;
COLORADO DEPARTMENT OF REVENUE;
STATE OF COLORADO;
U.S. BANK, N.A., successor in interest to Central Bank of Denver; and
56th AVENUE CONSTRUCTION COMPANY, INC.,
successor in interest to K&H Construction Company, Inc.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Plaintiff's Unopposed Motion to Amend Verified Complaint (*doc # 31*) filed March 4, 2011.  IT HEREBY ORDERED that the instant Motion is GRANTED, and Plaintiff's Amended Verified Complaint (*doc # 31-1*) is accepted for filing as of the date of this Order.

    IT IS FURTHER ORDERED that U.S. Bank, N.A, successor in interest to Central Bank of Denver, shall be substituted as a party Defendant in place of US Bancorp, successor in interest to Central Bank of Denver, and the caption in this case shall be amended to reflect that substitution.

**DATED:**    March 8, 2011