**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-03170-WJM-CBS

MAXINE WINSTON,

       Plaintiff,

v.

SANDRA BROWN, individually and as personal representative of the Estate of Rousie B. Brown, Jr.;
U.S. DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE;
WAKEFIELD & ASSOCIATES, INC.;
COLORADO DEPARTMENT OF REVENUE;
STATE OF COLORADO;
US BANCORP, successor in interest to Central Bank of Denver; and
56th AVENUE CONSTRUCTION COMPANY, INC., successor in interest to K&H Construction Company, Inc.,

       Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

---

       This matter comes before the Court on the State of Colorado's Disclaimer and Motion to Dismiss the Colorado Department of Revenue and State of Colorado as Parties (ECF No. 27), filed on February 15, 2011.  This is a quiet title action brought by Plaintiff.  For the following reasons, and because Plaintiff does not oppose this Motion, the Motion to Dismiss is granted.

       The Colorado Department of Revenue and the State of Colorado were named as defendants because of a transcript of judgment recorded on account of Distraint Warrant recorded in the records of the Clerk and Recorder of the City and County of Denver on February 29, 2008.  The Colorado Department of Revenue disclaimed

interest in the matter on January 5, 2011 and the State of Colorado disclaimed its interest through the Motion to Dismiss.

Because the Colorado Department of Revenue and the State of Colorado have disclaimed any interest in the matter, there is nothing to be pursued by these Defendants in the complaint.

Accordingly, it is hereby

ORDERED that the State of Colorado's Disclaimer and Motion to Dismiss the Colorado Department of Revenue and State of Colorado as Parties, ECF No. 27, is GRANTED. The affected parties shall bear their own attorney's fees and costs.

Dated this 25th day of March, 2011.

BY THE COURT:

William J. Martínez
United States District Judge