**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-03170-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   May 10, 2011** | **Courtroom Deputy:**  Linda Kahoe |

MAXINE WINSTON,                                          Thomas J. Wolf

     Plaintiff,

     v.

SANDRA BROWN,                                          Andrea Noel Mahoney

U.S. DEPARTMENT OF TREASURY -                Lindsay Laurie Clayton *(via phone)*
INTERNAL REVENUE SERVICE,

WAKEFIELD & ASSOCIATES, INC.,
56TH AVENUE CONSTRUCTION COMPANY,
K&H CONSTRUCTION COMPANY, INC.,
U.S.BANK N.A.,

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:       8:31 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Unopposed Motion for Publication, doc #[47], filed 5/2/2011.

**ORDERED:**  The Unopposed Motion for Publication, doc #[47], is **GRANTED.**

Discussion and regarding Plaintiff's Unopposed Motion for Entry of Default Judgment By the Clerk, doc #[45], filed 4/28/2011.

**ORDERED:**  Plaintiff's Unopposed Motion for Entry of Default Judgment by the Clerk, doc #[45], is **DENIED**.  The Clerk's Office is **DIRECTED TO ENTER A DEFAULT** against Defendant Wakefield & Associates, Inc., and against Defendant U.S. Bank, N.A.  These two Defendants have not answered or otherwise responded under Rule 12.

Off record discussion regarding settlement.

HEARING CONCLUDED.

**Court in recess**:        **9:08 a.m.**
Total time in court:     00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.