**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv–03170-WJM-CBS

MAXINE WINSTON

        Plaintiff,

v.

SANDRA BROWN, individually and as personal representative of the ESTATE OF ROUSIE B. BROWN, JR.; U.S. DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE; WAKEFIELD & ASSOCIATES, INC.; COLORADO DEPARTMENT OF REVENUE; STATE OF COLORADO; US BANK N.A., successor in interest to CENTRAL BANK OF DENVER; & 56TH AVENUE CONSTRUCTION COMPANY, INC., successor in interest to K&H CONSTRUCTION COMPANY, INC.

(Removed from District Court for Denver, Colorado)

        Defendants.

---

**ORDER GRANTING STIPULATION AND JOINT MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Stipulation and Joint Motion for Dismissal filed May 26, 2011 (ECF No. 54). The Court being fully advised hereby ORDERS as follows:

The Stipulation and Joint Motion for Dismissal is GRANTED. It is further ORDERED that Maxine Winston shall, no later than July 11, 2011, compensate the

United States by a check made payable to the "United States Treasury" in the amount of $9,109.46, referencing Case No.10-cv-03170-WJM-CBS, mailed to:

>Tax FLU, Office of Review
>P.O. Box 310
>Ben Franklin Station
>Washington DC 20044-0310

It is further ORDERED that the United States is hereby DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 21 and 41(a)(2), each party to bear her or its own costs and attorney's fees.

It is further ORDERED that the Court shall retain jurisdiction to enforce the terms of the settlement between Maxine Winston and the United States of America.

Dated this 27th day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge