# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 10-cv-03170-WJM-CBS

MAXINE WINSTON,

    Plaintiff,

v.

SANDRA BROWN, individually and as Personal Representative of the
ESTATE OF ROUSIE B. BROWN, JR.;
U.S.DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE;
WAKEFIELD & ASSOCIATES, INC.;
COLORADO DEPARTMENT OF REVENUE;
STATE OF COLORADO;
U.S. BANK, N.A., successor in interest to CENTRAL BANK OF DENVER;
56th AVENUE CONSTRUCTION COMPANY, INC., successor in interest to
K&H CONSTRUCTION COMPANY, INC.; and all unknown
persons who claim any interest in the subject matter of this action.

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS PARTY SANDRA PROWN

This matter comes before the court on the Stipulated Motion to Dismiss Party Sandra Brown filed May 27, 2011 (ECF No. 57).  The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss Party Sandra Brown is GRANTED.  All claims between Plaintiff, Maxine Winston, and Defendant, Sandra Brown, are DISMISSED WITH PREJUDICE and Defendant Brown is DISMISSED WITH PREJUDICE from Civil Action No. 10-CV-03170-WJM-CBS, each party to pay her own costs and attorney's

fees.  The parties shall amend the caption of this case in all future filings to reflect the dismissal of certain parties.

Dated this 31st day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge