**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-03170-WJM-CBS

MAXINE WINSTON,

      Plaintiff,

v.

SANDRA BROWN, individually and as personal representative of the Estate of Rousie B. Brown, Jr.;
U.S. DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE;
WAKEFIELD & ASSOCIATES, INC.;
COLORADO DEPARTMENT OF REVENUE;
STATE OF COLORADO;
US BANCORP, successor in interest to Central Bank of Denver; and
56th AVENUE CONSTRUCTION COMPANY, INC., successor in interest to K&H Construction Company, Inc.,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF DECREE QUIETING TITLE AND ENTERING DECREE QUIETING TITLE**

---

This matter comes before the Court on the Parties' Unopposed Motion for Entry of Decree Quieting Title, ECF No. 61, filed on August 4, 2011.  For the reasons stated below, the motion is GRANTED and the Court hereby enters this DECREE QUIETING TITLE.

The Court has reviewed the record and hereby finds:

1)    Service under Rule 4 of the Federal Rules of Civil Procedure and Colorado Rules of Civil Procedure is proper upon all of the Defendants in this action;

2)       Maxine Winston is the record owner in possession of the property described below (the "Property"):

The North 5 feet of Lot 31, all of Lots 32 and 33 and the South 2.5 feet of Lot 34, except the Rear 7 feet of said Lots, Block 202, Esplanade Heights a/k/a Park Heights, City and County of Denver, State of Colorado

also known as 2835 Ivy Street, Denver, CO 80207;

3)       All Defendants have either disclaimed any interest in the Property or have failed to respond to the Amended Verified Complaint or enter an appearance and are therefore in default;

4)       This is an action in rem affecting specific real property;

5)       The Court has jurisdiction of all parties to this action and of the subject matter thereof; and

6)       No Defendant herein has any right, title or interest in or to the Property or any part thereof.

Accordingly,

1)       It is ADJUDGED and DECREED that Maxine Winston, Plaintiff, at the time of the commencement of this proceeding, was, and is now, the owner in fee simple absolute, with right to possession of the Property;

2)       Fee simple title in and to the Property be and the same hereby is quieted in the Plaintiff, and that each of the Defendants has no right, title, or interest in or to the Property or any part thereof, and that the Defendants are forever enjoined from asserting any claim, right, title or interest in or to the Property or any part thereof;

3)       The Property is released from the Lis Pendens recorded with the Clerk and Recorder for the City and County of Denver on November 30, 2010 at Reception number 2010138872; and

4)       All other claims in this case are dismissed with prejudice, each party to pay its or her own costs and attorney's fees.

Dated this 4th day of August, 2011.

BY THE COURT:

_____

William J. Martinez
United States District Judge